## STATE v. PFUNDER
(No. 1112; Decided February 27th, 1923; 213 Pac. 378)

Appeal from the District Court of Laramie County; Hon. W. A. Riner, Judge.

Adolph Pfunder was convicted on a charge of feloniously entering a building with intent to commit a felony and attempting to commit a robbery and appeals.

The briefs of counsel in this case are the same as filed in State v. Kusel and abstracted with the report of that case in this volume.

*W. L. Walls,* Attorney General, for respondent.

*Kinkead, Ellery* and *Henderson,* for appellant.

Blume, Justice.

The proceedings in this case were the same as those in the case of State v. Kusel, this day decided, except only that the trial in this case was commenced on April 10, 1922, and except further, that no written objections were filed in this case to the filing of the amended information herein. The reasons, therefore, given in the opinion in the Kusel case control this case. Accordingly finding no prejudicial error in the record, the judgment of the lower court herein should be, and the same is hereby in all things affirmed.

Kimball, J., and District Judge Metz concur, the latter sitting in place of Potter, Ch. J., who did not sit.